UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. McCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, and THOMAS V. GOUGHERTY,<br><br>　　　　　Defendants. | Civil Action No.<br>07-CV-2419 (SAS)<br><br>NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND PROPOSED ORDER |

PLEASE TAKE NOTICE that attorney Jesse T. Travis, formerly of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, is hereby withdrawn as counsel of record for Defendant David A. Stockman in the above-captioned action. Ms. Travis is no longer employed by Wilmer Cutler Pickering Hale and Dorr LLP. Co-counsel William R. McLucas, Joseph Keith Brenner, and Andrew B. Weissman of Wilmer Cutler Pickering Hale and Dorr LLP will continue to represent Mr. Stockman in this action. This action is still in its early stages and no trial date has been set. Co-counsel are familiar with the facts of this action and can adequately represent Mr. Stockman's interests.

Dated: April 1, 2009

City, State: Washington, DC

Respectfully submitted,

Andrew B. Weissman
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel:   202-663-6612
Fax:   202-663-6363
Email: andrew.weissman@wilmerhale.com

SO ORDERED:

Honorable Shira A. Scheindlin
United States District Court Judge    4/2/09

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2009, I caused a true and correct copy of the foregoing document to be served by electronic mail and by mail through the United States Postal Service upon the following:

Christopher R. Conte
H. Michael Semler
J. David Fielder
John Worland
Mark Kreitman
U.S. Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549
*Counsel for Plaintiff*

Solomon L. Wisenberg
Adrienne U. Wisenberg
Barnes & Thornburg, LLP
750 17th Street, Suite 900
Washington, DC 20006
*Counsel for Paul C. Barnaba*

Robert B. Blackburn
U.S. Securities and Exchange Commission
3 World Financial Center, Room 437
New York, NY 10281-1022
*Counsel for Plaintiff*

James A. Mitchell
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
*Counsel for Christopher M. Williams*

Gandolfo V. DiBlasi
David E. Swarts
Stacey Rubin Friedman
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498
*Counsel for J. Michael Stepp*

Michael Shapiro
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
*Counsel for John G. Galante*

Jeffrey A. Simes
Richard M. Strassberg
Laurie L. Levin
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018-1405
*Counsel for Elkin B. McCallum*

Robert O'Hare
Andrew C. Levitt
James Trainor
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005
*Counsel for Elkin B. McCallum*

David R. Cosgrove
1060 Autumnview Court
Rochester, MI 48307

Marc Peter Berger
Helen V. Cantwell
Anthony S. Barkow
Guruanjan Sahni
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Intervenor United States of America*

Lauren R. Yates