*Scheindlin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APR 1 9 2010

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>       Plaintiff,<br><br>      v.<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, and THOMAS V. GOUGHERTY,<br><br>      Defendants. | Civil Action No. 07-2419<br>Honorable Shira A. Scheindlin<br><br><br>STIPULATION |

**IT IS HEREBY STIPULATED AND AGREED** by and between the plaintiff Securities and Exchange Commission ("Commission") and defendants Stockman, Stepp, Jones, Cosgrove, McCallum, Barnaba, Galante, Williams, and Gougherty ("Defendants"), and subject to the approval of the Court, that:

1. The Commission's First Claim For Relief is dismissed with prejudice to the extent that it asserts claims under Section 17(a)(1) of the Securities Act [15 U.S.C. § 77q(a)(1)].

2. The Commission's First Claim for Relief is deemed to have been amended to add defendant McCallum as one of the defendants against whom a claim is asserted under Sections 17(a)(2) and (3) of the Securities Act [15 U.S.C. §§ 77q(a)(2) and (3)].

3. The Commission's Second Claim For Relief is dismissed with prejudice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

4. All remaining claims for relief asserted against defendants Jones, Galante, Williams, and Gougherty are dismissed with prejudice as to those defendants.

5. Each of the Defendants waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended to defend against this action.

So stipulated:

_____
H. Michael Semler
Robert Hanson
Gary Zinkgraf
Securities And Exchange Commission
100 F Street, N.E
Washington, DC 20549
*Counsel for Securities and*
*Exchange Commission*

_____
William McLucas
Andrew B. Weissman
Nicole Rabner
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for David A. Stockman*

_____
Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10022-4690
*Counsel for J. Michael Stepp*

_____
Karl Buch
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
*Counsel for Gerald Jones*

_____
David R. Cosgrove
1060 Autumn Court
Rochester, Michigan 48307
*Pro Se*

_____
Eileen Donoghue
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Elkin McCallum*

4. All remaining claims for relief asserted against defendants Jones, Galante, Williams, and Gougherty are dismissed with prejudice as to those defendants.

5. Each of the Defendants waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended to defend against this action.

So stipulated:

H. Michael Semler
Robert Hanson
Gary Zinkgraf
Securities And Exchange Commission
100 F Street, N.E
Washington, DC 20549
*Counsel for Securities and Exchange Commission*

Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10022-4690
*Counsel for J. Michael Stepp*

William McLucas
Andrew B. Weissman
Nicole Rabner
Wilmer Cutler Pickering Hale &Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for David A. Stockman*

Karl Buch
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
*Counsel for Gerald Jones*

David R. Cosgrove
1060 Autumn Court
Rochester, Michigan 48307
*Pro Se*

Eileen Donoghue
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Elkin McCallum*

4.  All remaining claims for relief asserted against defendants Jones, Galante, Williams, and Gougherty are dismissed with prejudice as to those defendants.

5.  Each of the Defendants waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended to defend against this action.

So stipulated:

H. Michael Semler
Robert Hanson
Gary Zinkgraf
Securities And Exchange Commission
100 F Street, N.E
Washington, DC 20549
*Counsel for Securities and Exchange Commission*

William McLucas
Andrew B. Weissman
Nicole Rabner
Wilmer Cutler Pickering Hale &Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for David A. Stockman*

Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10022-4690
*Counsel for J. Michael Stepp*

Karl Buch
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
*Counsel for Gerald Jones*

David R. Cosgrove
1060 Autumn Court
Rochester, Michigan 48307
*Pro Se*

Eileen Donoghue
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Elkin McCallum*

2

4.  All remaining claims for relief asserted against defendants Jones, Galante, Williams, and Gougherty are dismissed with prejudice as to those defendants.

5.  Each of the Defendants waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended to defend against this action.

So stipulated:

_____
H. Michael Semler
Robert Hanson
Gary Zinkgraf
Securities And Exchange Commission
100 F Street, N.E
Washington, DC 20549
*Counsel for Securities and
   Exchange Commission*

_____
William McLucas
Andrew B. Weissman
Nicole Rabner
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for David A. Stockman*

_____
Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10022-4690
*Counsel for J. Michael Stepp*

_____
Karl Buch
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
*Counsel for Gerald Jones*

_____
David R. Cosgrove
1060 Autumn Court
Rochester, Michigan 48307
*Pro Se*

_____
Eileen Donoghue
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Elkin McCallum*

2

4.  All remaining claims for relief asserted against defendants Jones, Galante, Williams, and Gougherty are dismissed with prejudice as to those defendants.

5.  Each of the Defendants waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended to defend against this action.

So stipulated:

_____
H. Michael Semler
Robert Hanson
Gary Zinkgraf
Securities And Exchange Commission
100 F Street, N.E
Washington, DC 20549
*Counsel for Securities and
 Exchange Commission*

_____
William McLucas
Andrew B. Weissman
Nicole Rabner
Wilmer Cutler Pickering Hale &Dorr
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for David A. Stockman*

_____
Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10022-4690
*Counsel for J. Michael Stepp*

_____
Karl Buch
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, New York 10112
*Counsel for Gerald Jones*

_____
David R. Cosgrove
1060 Autumn Court
Rochester, Michigan 48307
*Pro Se*

*/s/ Eileen Donoghue*
_____
Eileen Donoghue
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Elkin McCallum*

2

_____
Solomon Wisenberg
Barnes & Thornburg LLP
750 17th St., N.W.
Suite 900
Washington, D.C. 20006
*Counsel for Paul Barnaba*

_____
Michael Shapiro
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Counsel for
*John Galante*

_____
James Mitchell
Stillman & Friedman
425 Park Avenue
New York, New York 10022
*Counsel for Christopher Williams
   and Thomas Gougherty*

Date: 4/19/10

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S. District Judge

_____
Solomon Wisenberg
Barnes & Thornburg LLP
750 17th St., N.W.
Suite 900
Washington, D.C. 20006
*Counsel for Paul Barnaba*

*/s/ Michael Shapiro/*
_____
Michael Shapiro
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Counsel for
*John Galante*

_____
James Mitchell
Stillman & Friedman
425 Park Avenue
New York, New York 10022
*Counsel for Christopher Williams
and Thomas Gougherty*

SO ORDERED.

Date: _____

_____
SHIRA A. SCHEINDLIN
U.S. District Judge

3

Solomon Wisenberg
Barnes & Thornburg LLP
750 17th St., N.W.
Suite 900
Washington, D.C. 20006
*Counsel for Paul Barnaba*

*[signature]*

James Mitchell
Stillman & Friedman
425 Park Avenue
New York, New York 10022
*Counsel for Christopher Williams
and Thomas Gougherty*

Michael Shapiro
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Counsel for
*John Galante*

Date: 4/19/10

SO ORDERED.

*[signature]*

SHIRA A. SCHEINDLIN
U.S. District Judge

3