Scheindlin J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHISTOPHER M. WILLIAMS, and THOMAS V. GOUGHERTY,

Defendants.

Civil Action No. 07-2419 (SAS)

Honorable Shira A. Scheindlin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/11

**STIPULATION AND ORDER REGARDING RETENTION OF DISCOVERY MATERIALS**

Plaintiff Securities and Exchange Commission and Defendants David A. Stockman, J. Michael Stepp, David R. Cosgrove, Paul C. Barnaba, Elkin B. McCallum, John A. Galante, Christopher M. Williams, and Thomas V. Gougherty (collectively "Defendants")[1] stipulate as follows:

WHEREAS, Plaintiff and Defendants entered into a Stipulation and Protective Order Regarding Confidentiality of Discovery Materials, which was entered by the Court on September 22, 2009 ("Protective Order");

WHEREAS, paragraph 10 of the Protective Order states that "[w]ithin 60 days after the conclusion of this litigation, Confidential Information and all copies of the same (other than full

---

[1] Counsel for Defendant Gerald E. Jones has not entered an appearance at this action and is no longer at his previous law firm. The parties have been unable to reach Mr. Jones or his counsel.

copies of all papers filed or submitted to the Court) shall be returned to the Producing Entity or, at the option of the Producing Entity, destroyed";

WHEREAS, a Final Judgment in the above-captioned action was entered by the Court against Mr. Stockman, Mr. Stepp, Mr. Cosgrove, Mr. Barnaba, and Mr. McCallum on April 20, 2010;

WHEREAS, certain Defendants in this litigation are also defendants in two other pending actions in which the allegations are closely related to the allegations in this litigation, namely *Collins & Aikman Corp., et al. v. Stockman, et al.*, No. 07-00265 (D. Del.), and *Aurelius Capital Master, Ltd, et al. v. Stockman, et al.*, Index No. 08/601483 (NY Sup. Ct.) (the "Other Pending Litigation");

WHEREAS, Mr. Stockman and Mr. Stepp received a request for documents from plaintiffs in *Aurelius Capital Master, Ltd, et al. v. Stockman, et al.*, Index No. 08/601483 (NY Sup. Ct.) that called for certain documents subject to the Protective Order;

WHEREAS, certain documents subject to the Protective Order may be relevant to the Other Pending Litigation; and

WHEREAS, Producing Entities will not be prejudiced by the continued retention of such documents by Defendants because the Confidential Information will continue to be subject to the other terms of the Protective Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendants, subject to the Court's approval, that the requirements of paragraph 10 of the Protective Order are hereby stayed until 60 days after the conclusion of the Other Pending Litigation or any other such litigation which might be brought in which Defendants would have an obligation to retain documents subject to the Protective

Order, such conclusion of litigation being defined as 30 days after the expiration of the time to appeal or challenge any final judgment, settlement or consent decree in those actions.

Dated: February __, 2011

**STIPULATED AND AGREED:**

| | |
|---|---|
| Andrew Weissman<br>Wilmer Hale LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>202-663-6612<br>*Counsel for Defendant Stockman* | H. Michael Semler<br>Division of Enforcement<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>202-551-4429 |
| Gandolfo V. DiBlasi<br>Karen Patton Seymour<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>212-558-3836<br>*Counsel for Defendant Stepp* | Solomon Wisenberg<br>Barnes & Thornburg LLP<br>750 17th Street, N.W., Suite 900<br>Washington, D.C. 20006<br>202-371-6377<br>*Counsel for Defendant Barnaba* |
| David R. Cosgrove (pro se)<br>1060 Autumnview Court<br>Rochester, Michigan 48307<br>248-656-2013 | Eileen Donoghue<br>Boott Cotton Mills<br>100 Foot of John Street<br>Lowell, MA 01852<br>978-452-0522<br>*Counsel for Defendant McCallum* |

Order, such conclusion of litigation being defined as 30 days after the expiration of the time to appeal or challenge any final judgment, settlement or consent decree in those actions.

Dated: February __, 2011

**STIPULATED AND AGREED:**

_____
Andrew Weissman
Wilmer Hale LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
202-663-6612
*Counsel for Defendant Stockman*

*H. Michael Semler* (signature)
_____
H. Michael Semler
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-4429

_____
Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
212-558-3836
*Counsel for Defendant Stepp*

_____
Solomon Wisenberg
Barnes & Thornburg LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
202-371-6377
*Counsel for Defendant Barnaba*

_____
David R. Cosgrove (pro se)
1060 Autumnview Court
Rochester, Michigan 48307
248-656-2013

_____
Eileen Donoghue
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
978-452-0522
*Counsel for Defendant McCallum*

3

Order, such conclusion of litigation being defined as 30 days after the expiration of the time to appeal or challenge any final judgment, settlement or consent decree in those actions.

Dated: February 4, 2011

**STIPULATED AND AGREED:**

| | |
|---|---|
| Andrew Weissman<br>Wilmer Hale LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>202-663-6612<br>*Counsel for Defendant Stockman* | H. Michael Semler<br>Division of Enforcement<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>202-551-4429 |
| Gandolfo V. DiBlasi<br>Karen Patton Seymour<br>David E. Swarts<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>212-558-3836<br>*Counsel for Defendant Stepp* | Solomon Wisenberg<br>Barnes & Thornburg LLP<br>750 17th Street, N.W., Suite 900<br>Washington, D.C. 20006<br>202-371-6377<br>*Counsel for Defendant Barnaba* |
| David R. Cosgrove (pro se)<br>1060 Autumnview Court<br>Rochester, Michigan 48307<br>248-656-2013 | Eileen Donoghue<br>Boott Cotton Mills<br>100 Foot of John Street<br>Lowell, MA 01852<br>978-452-0522<br>*Counsel for Defendant McCallum* |

3

Order, such conclusion of litigation being defined as 30 days after the expiration of the time to appeal or challenge any final judgment, settlement or consent decree in those actions.

Dated: February __, 2011

**STIPULATED AND AGREED:**

Andrew Weissman
Wilmer Hale LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
202-663-6612
*Counsel for Defendant Stockman*

H. Michael Semler
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-4429

Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
212-558-3836
*Counsel for Defendant Stepp*

Solomon Wisenberg
Barnes & Thornburg LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
202-371-6377
*Counsel for Defendant Barnaba*

David R. Cosgrove (pro se)
1060 Autumnview Court
Rochester, Michigan 48307
248-656-2013

Eileen Donoghue
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
978-452-0522
*Counsel for Defendant McCallum*

3

Order, such conclusion of litigation being defined as 30 days after the expiration of the time to appeal or challenge any final judgment, settlement or consent decree in those actions.

Dated: February 10, 2011

**STIPULATED AND AGREED:**

Andrew Weissman
Wilmer Hale LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
202-663-6612
*Counsel for Defendant Stockman*

H. Michael Semler
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-4429

Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
212-558-3836
*Counsel for Defendant Stepp*

Solomon Wisenberg
Barnes & Thornburg LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
202-371-6377
*Counsel for Defendant Barnaba*

David R. Cosgrove (pro se)
1060 Autumnview Court
Rochester, Michigan 48307
248-656-2013

Eileen Donoghue
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
978-452-0522
*Counsel for Defendant McCallum*

3

Order, such conclusion of litigation being defined as 30 days after the expiration of the time to appeal or challenge any final judgment, settlement or consent decree in those actions.

Dated: February __, 2011

**STIPULATED AND AGREED:**

Andrew Weissman
Wilmer Hale LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
202-663-6612
*Counsel for Defendant Stockman*

H. Michael Semler
Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-4429

Gandolfo V. DiBlasi
Karen Patton Seymour
David E. Swarts
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
212-558-3836
*Counsel for Defendant Stepp*

Solomon Wisenberg
Barnes & Thornburg LLP
750 17th Street, N.W., Suite 900
Washington, D.C. 20006
202-371-6377
*Counsel for Defendant Barnaba*

David R. Cosgrove (pro se)
1060 Autumnview Court
Rochester, Michigan 48307
248-656-2013

Eileen Donoghue
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
978-452-0522
*Counsel for Defendant McCallum*

_____
Michael Shapiro
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
*Counsel for Defendant Galante*

_____
James A. Mitchell
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022
*Counsel for Defendants Williams and Gougherty*

IT IS SO ORDERED in accordance with the foregoing stipulation.

Date: _____                    _____

Hon. Shira Scheindlin

United States District Court

4

                                                                             /s/ James A. Mitchell

| Michael Shapiro | James A. Mitchell |
|---|---|
| Carter Ledyard & Milburn LLP | Stillman & Friedman, P.C. |
| 2 Wall Street | 425 Park Avenue |
| New York, NY 10005 | New York, NY 10022 |
| *Counsel for Defendant Galante* | *Counsel for Defendants Williams and Gougherty* |

IT IS SO ORDERED in accordance with the foregoing stipulation.

Date: _____

                                        Hon. Shira Scheindlin
                                        United States District Court