UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 1:07-cv-02419 (JMF) |
| COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR, AND TO AUTHORIZE PAYMENT OF FUTURE TAXES, FEES, AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, and to Authorize Payment of Future Taxes, Fees, and Expenses of the Tax Administrator and the supporting Declaration of Jude P. Damasco In Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $15,727.00 payable to "Miller Kaplan Arase LLP" for the payment of the fees and expenses of the Tax Administrator, as provided in the Declaration.

2. The Clerk shall send the check by U.S. mail to:

   Miller Kaplan Arase LLP
   4123 Lankershim Blvd
   North Hollywood, CA 91602

   The Commission's counsel shall provide to the Clerk of the Court with the necessary shipping information and the SEC's billing number.

3. The Commission is authorized to approve and arrange payment of all future taxes, fees and expenses for services rendered by the Tax Administrator directly from the Fair Fund without further order of the Court.

The Clerk of Court is directed to terminate ECF No. 200. SO ORDERED.

Dated: ~~January 9, 2020~~
      January 10, 2020

                                                                       United States District Court Judge
                                                                           Hon. Jesse M. Furman