UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLLINS & AIKMAN CORPORATION, )<br>DAVID A. STOCKMAN, J. MICHAEL )<br>STEPP, GERALD E. JONES, DAVID R. )<br>COSGROVE, ELKIN B. MCCALLUM, )<br>PAUL C. BARNABA, JOHN G. )<br>GALANTE, CHRISTOPHER M. )<br>WILLIAMS, AND THOMAS V. )<br>GOUGHERTY, )<br>)<br>Defendants. ) | Case No. 1:07-cv-02419 (JMF) |

## ORDER TO DISBURSE
## FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations for tax years 2010 to 2018, and for the fourth quarter of 2019 and the two supporting Declarations of Jude P. Damasco In Support of Request to Make Tax Payment ("Declarations"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $47,046.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for the payment of federal tax obligations for tax years 2010 to 2018, and for the fourth quarter of 2019 as provided in the Declarations of Jude Damasco. The check shall contain the notation "SEC v. Collins & Aikman Fair Fund" Case No. 1:07-cv-02419, EIN XX-XXX3645, tax years 2010 to 2018, and Q4 2019 Federal Estimated Tax Liabilities.

2. The Clerk shall send the check by certified mail to:

   Miller Kaplan Arase LLP
   Two Embarcadero Center, Suite 2280
   San Francisco, CA 94111

   The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

The Clerk of Court is directed to terminate ECF No. 199.  SO ORDERED.

Dated: January 10, 2020

_____
United States District Court Judge
Hon. Jesse M. Furman