UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY, <br><br> Defendants. | Case No. 1:07-cv-02419 (JMF) |

## [PROPOSED] ORDER APPROVING DISTRIBUTION PLAN

The Court, having reviewed the United States Securities and Exchange Commission's ("Commission") Motion to for an Order Approving Distribution Plan for Collins & Aikman Fair Fund, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.

2. The Distribution Plan is approved in its entirety.

3. The Distribution Plan shall govern the administration of the Fair Fund previously established by Order entered December 2, 2019.

4. The Clerk of Court is directed to terminate Docket No. 205.

DATED: March 4, 2020

_____
UNITED STATES DISTRICT JUDGE