UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY, <br><br> Defendants. | Case No. 1:07-cv-02419 (JMF) |

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligation for tax years 2019, and the supporting Declaration of Jude P. Damasco In Support of Request to Make Tax Payment ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $591.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for the payment of federal estimated tax liabilities for tax year 2019 as provided in the Declaration of Jude Damasco. The check shall contain the notation "SEC v. Collins & Aikman Fair Fund" Case No. 1:07-cv-02419, EIN XX-XXX3645, tax year 2019 Federal Estimated Tax Liability.

2. The Clerk shall send the check by certified mail to:

> Miller Kaplan Arase LLP
> Two Embarcadero Center, Suite 2280
> San Francisco, CA 94111

> The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

Dated: May 18, 2020

_____
United States District Court Judge
Hon. Jesse M. Furman

The Clerk of Court is directed to terminate ECF No. 207.