UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY,<br><br>Defendants. | Case No. 1:07-cv-02419 (JMF) |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF DISTRIBUTION AGENT – SECOND FEE REQUEST**

The Court, having considered Plaintiff's Motion for an Order to Disburse Funds to Pay Fees and Expenses of the Distribution Agent (the "Motion"), the Memorandum of Law in Support, and the attached Exhibit, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The motion is granted.

2. The Clerk of the Court shall issue a check on the Court Registry investment System (CRIS Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $38,083.87 payable to **Epiq Class Action & Claims Solutions**, for the payment of fees and expenses incurred by the distribution agent between June 1, 2020 and September 30, 2020.

3. The Clerk shall send the check by U.S. mail to:

> Epiq Class Action & Claims Solutions
> Dept. 0286
> P.O. Box 120286
> Dallas, TX 75312-0286

**SO ORDERED.**

Dated: October 26, 2020

_____
United States District Judge

The Clerk of Court is directed to terminate ECF No. 215.