UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY,<br><br>    Defendants. | Case No. 1:07-cv-02419 (JMF) |

**[PROPOSED] ORDER TO DISBURSE
FUNDS TO PAY ESTIMATED TAX LIABILITIES**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Estimated Tax Liabilities for the second quarter of 2020, and the supporting Declaration of Jude P. Damasco In Support of Request to Make Tax Payment ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $6,500.00 payable to "Miller Kaplan Arase LLP SEC Trust Account" for the payment of federal estimated tax liabilities

1

for the second quarter of 2020 as provided in the Declaration of Jude Damasco. The check shall contain the notation "SEC v. Collins & Aikman Fair Fund" Case No. 1:07-cv-02419, EIN XX-XXX3645, second quarter of 2020 Federal Estimated Tax Liability.

2. The Clerk shall send the check by certified mail to:

   Miller Kaplan Arase LLP
   275 Battery Street, Suite 1800
   San Francisco, CA 94111

   The Commission's counsel shall provide to the Court Registry the necessary overnight shipping information and the SEC's billing number.

Dated: October 29, 2020

_____
United States District Court Judge
Hon. Jesse M. Furman

The Clerk of Court is directed to terminate ECF No. 217.  SO ORDERED.