UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
SECURITIES AND EXCHANGE COMMISSION,   :
               :
           Plaintiff,     :
               :    07-CV-2419 (JMF)
     -v-            :
               :    <u>ORDER</u>
COLLINS & AIKMAN CORPORATION et al.,  :
               :
           Defendants.  :
               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to Paragraph 89 of the Distribution Plan, the Distribution Agent is required to file with the Court quarterly progress reports informing the Court of the activities and status of the Fair Fund during the requested reporting period. ECF No. 205-1 ¶ 89. In the next such progress report, and in each progress report thereafter, the Distribution Agent shall note any upcoming dates and deadlines relevant to its efforts.

       SO ORDERED.

Dated: November 25, 2020
       New York, New York                         JESSE M. FURMAN
                                                United States District Judge