UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:07-cv-02419 (JMF) |
| Defendants. | | |

**ORDER APPROVING TRANSFER OF FUNDS**
**FOR DISBURSEMENT OF DISTRIBUTION FUND**

The Court, having reviewed the United States Securities and Exchange Commission's ("Commission") Motion for Order Approving Transfer of Funds for Disbursement of Distribution Fund, and the supporting Declaration of Ed Barrero, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is Granted.

2. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $2,667,666.64 payable to "SEC v Collins and Aikman Fair Fund" for payment for disbursement to the Eligible Claimants listed in the Payment

File.

3. The Clerk shall direct the payment of $2,667,666.64 from the CRIS account to the escrow account "SEC v Collins and Aikman Fair Fund" at The Huntington National Bank ("Huntington Bank") for distribution to the Eligible Claimants in accordance with the Distribution Plan ("Plan").

4. Epiq Class Action and Claims Solutions, Inc. ("Epiq") shall deposit these funds in accordance with paragraphs 73 to 75 of the Plan, into the escrow account at Huntington Bank in the name of "SEC v Collins & Aikman Fair Fund" and bearing the Employer Identification Number of the Qualified Settlement Fund, as custodian for the benefit of investors allocated a distribution pursuant to the plan in *SEC v. Collins & Aikman, et al.,* Civ. Act. No. 1:07-cv-02419-JMF (S.D. NY).

5. Epiq shall also establish a separate deposit account titled "SEC v Collins and Aikman Fair Fund" for the purpose of funding and processing checks to be distributed to Eligible Claimants pursuant to the Plan.

6. Epiq shall disburse these funds to Eligible Claimants in accordance with the terms of the Plan and the Payment File reviewed and approved by the Commission.

7. The Clerk shall transmit the funds by wire transfer to:

>   Account Name:  SEC v Collins and Aikman Fair Fund
>   Bank:  The Huntington National Bank

>   The Commission's counsel shall provide to the Clerk of the Court the necessary banking information for the wire transfer of the funds.

**SO ORDERED**

Dated: March 5, 2021

_____
United States District Judge
Hon. Jesse M. Furman

The Clerk of Court is directed to terminate ECF No. 222.