# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY, )<br><br>Defendants. ) | **Case No. 1:07-cv-02419 (JMF)** |

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE DISTRIBUTION AGENT – THIRD FEE REQUEST

The Court, having considered Plaintiff's Motion for an Order to Disburse Funds to Pay Fees and Expenses of the Distribution Agent (the "Motion"), the Memorandum of Law in Support, and the attached Exhibits, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The motion is granted.

2. The Clerk of the Court shall issue a check on the Court Registry investment System (CRIS Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $46,867.28 payable to **Epiq Class Action & Claims Solutions**, for the payment of fees and expenses incurred by the distribution agent between October 1, 2020 and June 30, 2021.

3. The Clerk shall send the check by U.S. mail to:

> Epiq Class Action & Claims Solutions
> Dept. 0286
> P.O. Box 120286
> Dallas, TX 75312-0286

**SO ORDERED.**

Dated: July 14, 2021
_____

The Clerk of Court is directed to terminate ECF No. 228.

_____
United States District Judge
Hon. Jesse M. Furman