UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY, <br><br> Defendants. | Case No. 1:07-cv-02419 (JMF) |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's Motion for Order to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, and the supporting Declaration of Jude P. Damasco In Support of Fee Request ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $9,253.45 payable to "Miller Kaplan Arase LLP" for the payment of the fees and expenses of the Tax Administrator, as provided in the Declaration.

2. The Clerk shall send the check by U.S. mail to:

   Miller Kaplan Arase LLP
   4123 Lankershim Blvd
   North Hollywood, CA 91602

The Commission's counsel shall provide to the Clerk of the Court with the necessary shipping information and the SEC's billing number.

Dated: _____July 19_____, 2021

_____
Hon. Jesse M. Furman
United States District Court Judge

The Clerk of Court is directed to terminate ECF No. 230.
SO ORDERED.