UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,     :
:
Plaintiff,   :
:   07-CV-2419 (JMF)
-v-   :
:   ORDER
COLLINS & AIKMAN CORPORATION et al.,    :
:
Defendants.   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to Paragraph 89 of the Distribution Plan, the Distribution Agent is required to file with the Court quarterly progress reports informing the Court of the activities and status of the Fair Fund during the requested reporting period within 20 days of the end of the quarter. ECF No. 205-1 ¶ 89. The Court has not yet received a progress report for the quarter ending December 31, 2021. The Distribution Agent shall promptly file the report.

      SO ORDERED.

Dated: February 2, 2022
       New York, New York
                                       JESSE M. FURMAN
                                    United States District Judge