UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
SECURITIES AND EXCHANGE COMMISSION,                                 :
                                                                    :
                              Plaintiff,                            :
                                                                    :            07-CV-2419 (JMF)
              -v-                                                   :
                                                                    :            ORDER
COLLINS & AIKMAN CORP., et al.,                                     :
                                                                    :
                              Defendants.                           :
                                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court reopened this case in November 2019 to supervise distribution of the funds

paid pursuant to the Final Judgments entered in 2010.  ECF No. 189.  The Court approved the

Distribution Plan on March 4, 2020.  ECF No. 206.  Distribution has proceeded since then, with

the distribution agent, Epiq Class Action & Claims Solutions, Inc., filing quarterly reports to

update the Court on the status of the distribution. *See, e.g.*, ECF No. 242.  As distribution has

been proceeding without issue, the Court sees no reason for this case to remain open.  Epiq

should continue filing its quarterly progress reports, and Plaintiff can continue to file motions as

necessary seeking funds to pay the necessary fees and expenses.

       Accordingly, the Clerk of Court is directed to administratively close this case.

       SO ORDERED.

Dated: March 22, 2023
      New York, New York                _____
                                    JESSE M. FURMAN
                                United States District Judge