UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>COLLINS & AIKMAN CORPORATION, DAVID A. STOCKMAN, J. MICHAEL STEPP, GERALD E. JONES, DAVID R. COSGROVE, ELKIN B. MCCALLUM, PAUL C. BARNABA, JOHN G. GALANTE, CHRISTOPHER M. WILLIAMS, AND THOMAS V. GOUGHERTY,<br><br>    Defendants. | Case No. 1:07-cv-02419 (JMF) |

**[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE DISTRIBUTION AGENT – THIRD FEE REQUEST**

The Court, having considered Plaintiff's Motion for an Order to Disburse Funds to Pay Fees and Expenses of the Distribution Agent (the "Motion"), the Memorandum of Law in Support, and the attached Exhibits, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The motion is granted.

2. The Clerk of the Court shall issue a check on the Court Registry investment System (CRIS Account Number 1:07-cv-02419 under the case name designation "SEC v. Collins & Aikman, et al.," for the amount of $17,602.52 payable to Epiq Class Action & Claims Solutions, for the payment of fees and expenses incurred by the distribution agent between July 2021 and August 2023.

3. The Clerk shall send the check by U.S. mail to:

> Epiq Class Action & Claims Solutions
> P.O. Box 674652
> Dallas, TX 75267-4652

**SO ORDERED.**

Dated: October 4, 2023

_____
United States District Judge

The Clerk of Court is directed to terminate Docket No. 246.