UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
         :
SECURITIES AND EXCHANGE COMMISSION,   :
         :
        Plaintiff,   :
         :     07-CV-2419 (JMF)
   -v-   :
         :     ORDER
COLLINS & AIKMAN CORPORATION et al,   :
         :
       Defendants.   :
         :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 4, 2020 Order, ECF No. 206, the Court ordered Distribution Agent Epiq Class Action & Claims Solutions, Inc. ("Epiq") to file a quarterly report, the contents of which are described therein, within twenty days of the end of every calendar quarter. The status report for the period from July 1, 2025, through September 30, 2025, was due no later than October 20, 2025. That said, pursuant to the Chief Judge's October 2, 2025 Amended Standing Order, a copy of which is attached, this case is STAYED until the funding to the Department of Justice is restored. *See In re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, 25-MC-433 (LTS), ECF No. 3. Accordingly, the deadline for the status report is hereby EXTENDED until twenty days after the reopening of the Government. Epiq shall resume filings consistent with the March 4, 2020 Order thereafter.

      If any party believes that the stay should be lifted, it should confer with the United States Attorney's Office for the Southern District of New York and file a letter-motion to that effect. Pursuant to the Amended Standing Order, any party seeking to lift a stay should, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to [jeffrey.oestericher@usdoj.gov](mailto:jeffrey.oestericher@usdoj.gov) with the papers seeking such relief.

      SO ORDERED.

Dated: October 27, 2025
     New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                           :
In re: Stay of Certain Civil Cases Pending the   :   AMENDED STANDING ORDER
Restoration of Department of Justice Funding     :   M10-468
                                                     25-mc-00433-LTS
                                           :
------------------------------------------x

Upon the application of the United States Attorney for the Southern District of New York, in light of the lapse of funding to the United States Department of Justice, and to facilitate the management of the Court's docket, it is hereby ordered as follows:

1. Absent other direction or order from the Court, all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby stayed until the business date after the President signs into law a budget appropriation that restores Department of Justice funding.

2. Absent other direction or order from the Court, all court deadlines, including scheduling order deadlines and seal deadlines in qui tam cases, in all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation that restores Department of Justice funding.

3. Any party seeking relief from this Order in any particular civil action or civil miscellaneous matter, shall, in addition to serving the government attorney of record, serve the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov with the papers seeking such relief.

4. This Order shall not extend the United States' deadlines to respond to motions for temporary restraining orders or preliminary injunctions, but any such motions seeking relief against the United States shall be served promptly on the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail addressed to jeffrey.oestericher@usdoj.gov.

5. The United States Attorney's Office shall notify the Court immediately upon the restoration of Department of Justice funding.

6. This Order amends and supersedes the Order relating to the stay of civil cases involving the United States Attorney's Office for the Southern District of New York that was entered on October 1, 2025.

SO ORDERED.

_____
Laura Taylor Swain
Chief Judge

Dated:   New York, New York
         October 2, 2025