UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                  :
SECURITIES AND EXCHANGE COMMISSION,          :
                                                                  :
                                 Plaintiff,                       :
                                                                  :        07-CV-2419 (JMF)
         -v-                                                      :
                                                                  :        ORDER
COLLINS & AIKMAN CORPORATION et al,          :
                                                                  :
                                 Defendants.                      :
                                                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 27, 2025 Order, ECF No. 256, Distribution Agent Epiq Class Action & Claims Solutions, Inc. ("Epiq") was required to file a status report, the contents of which are described therein, no later than twenty days after the reopening of the Government. To date, Epiq has not filed this report. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 12, 2025**.

       SO ORDERED.

Dated: December 5, 2025
      New York, New York                    _____
                                                                  JESSE M. FURMAN
                                                                  United States District Judge